786 A.2d 224

AMERICAN FEDERATION OF STATE, COUNTY AND MUNIC-IPAL EMPLOYEES, COUNCIL 13, AFL–CIO, through its Trustee ad litem, Edward J. KELLER; Bryan S. Boyer, Robert Russel Diehl, Bruce Facer, Thomas H. Pickering, Ricci Lee Ritter and Gabe White, in their own behalf and in behalf of a class of Employees of the Commonwealth of Pennsylvania Department of Corrections; and Phil Formicola and Gregory Camma, in their own behalf and in behalf of a class of Employees of the Commonwealth of Pennsylvania Board of Probation and Parole, Appellees

v.

COMMONWEALTH of Pennsylvania; Thomas J. Ridge, Governor of the Commonwealth of Pennsylvania; Jeffrey A. Beard, Secretary, Department of Corrections; William C. Ward, Chairman, Board of Probation and Parole; Eugene W. Hickok, Secretary, Department of Education; Robert A. Bittenbender, Secretary, Office of the Budget; Robert P. Casey, Jr., Auditor General; Barbara Hafer, Treasurer; and Sandra Feigley, in her Personal Capacity and in her Capacity as Chief Executive Officer and Publisher of www.prisoners.com; and prisoners.com, Appellants,

Appeal of Sandra Feigley.

Supreme Court of Pennsylvania.

Dec. 28, 2001.

## ORDER

PER CURIAM:

**AND NOW,** this 28th day of December, 2001, the Order of the Commonwealth Court dated April 6, 2001, is affirmed.